JUDGE JONES

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                       :           INDICTMENT

MIGUEL MCKINLEY,                  :           08 Cr.
   a/k/a "Miguel A. Custodio,"
   a/k/a "Miquel Custodio,"       :
   a/k/a "Trijad Nelson,"
   a/k/a "Nelson Trijad,"                     08 CRIM 354
   a/k/a "Miguel Sosa,"
                                  :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 21 2008

## COUNT ONE

The Grand Jury charges:

On or about January 22, 2008, in the Southern District of New York, MIGUEL MCKINLEY, a/k/a "Miguel A. Custodio," a/k/a "Miquel Custodio," a/k/a "Trijad Nelson," a/k/a "Nelson Trijad," a/k/a "Miguel Sosa," the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 10, 2006, in New York Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law 220.31, a Class D Felony, did possess in and affecting commerce, a firearm, to wit, a loaded Lorcin .380 caliber automatic handgun, which previously had been shipped and transported in

interstate and foreign commerce.

      (Title 18, United States Code, Section 922(g)(1).)

_/s/_  
FOREPERSON

_/s/ Michael J. Garcia_  
MICHAEL J. GARCIA  
United States Attorney

```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

MIGUEL MCKINLEY,
a/k/a "Miguel A. Custodio,"
a/k/a "Miquel Custodio,"
a/k/a "Trijad Nelson,"
a/k/a "Nelson Trijad,"
a/k/a "Miguel Sosa,"

Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

                              MICHAEL J. GARCIA
                          United States Attorney.

A TRUE BILL

                              /s/ [signature]
                                      Foreperson.

4/21/08 - Fld. Indictment, case assigned to Judge Jones.
S/Eaton, J. U.S.M.J.