# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*
**by fax 212 805-6191**

July 8, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

Honorable Barbara S. Jones,
United States District Judge
Southern District of New York

Re:   **United States v. Miguel McKinley**
      08 Cr. 354

**MEMO ENDORSED**

Your Honor:

This matter had been set down for a possible evidentiary hearing on July 11, 2008, in the event we filed a motion requiring such a hearing. We did not file any pretrial motion nor intend to do so based on the information we have so far[1] and have orally informed your chambers and the government of that fact, so that no evidentiary hearing is required at this time.

Accordingly and with the government's consent and ours, Ms. Hummel of your chambers has adjourned the matter for a status conference to be held July 22, 2008, at 2:30 p.m.. We consent to the further exclusion of speedy trial time to that day and time when we will be asking Your Honor to set a trial date.

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-8733

cc:   Amy Lester, Esq., AUSA
      by afax 212 637-0421

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08
```

The foregoing adjournment and exclusion requests are granted as in the interests of justice.    SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE  Part T
7/9/08

---

[1] We sometimes bring a motion addressed to the grand jury proceedings after receiving their transcripts as "3500 material" on the eve of trial and reserve the right to do so when, if ever, we have a basis for it.